**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:  
John Cotton Eastman   xxx–xx–1807  
Vela Elizabeth Eastman   xxx–xx–6594  
   Debtor(s)

Case Number: 3:17–bk–31021–SHB  
Chapter: 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The debtor(s) having filed an Application To Pay Filing Fee In Installments or the Court having denied the debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, it is ORDERED as follows:

1. The debtor(s) may pay the filing fee in installments on the terms proposed in the Application. If no terms are proposed in the Application, the debtor(s) must pay the filing fee according to the following terms:

$85.00 on or before  5/3/2017  
$85.00 on or before  6/2/2017  
$85.00 on or before  7/3/2017  
$80.00 on or before  7/31/2017

2. All filing fee installments should be mailed to the Office of the Clerk of the United States Bankruptcy Court, located at:

United States Bankruptcy Court  
Howard H. Baker Jr. U.S. Courthouse  
Suite 330, 800 Market Street  
Knoxville, TN 37902

3. Payments should be made by money order or cashier's check made payable to the "Clerk, U.S. Bankruptcy Court." Personal checks will not be accepted. Cash payments may be made only in the exact amount in person at the Office of the Clerk of the United States Bankruptcy Court. The Clerk cannot make change.

4. Until the filing fee is paid in full, the debtor(s) may not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. See Fed. R. Bankr. P. 1006(b)(3).

ENTER: 4/3/17



BY THE COURT

/s/  Suzanne H. Bauknight  
UNITED STATES BANKRUPTCY JUDGE