United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                Case No. 17-31021-SHB
John Cotton Eastman                                                   Chapter 7
Vela Elizabeth Eastman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0649-3          User: grantv           Page 1 of 1              Date Rcvd: Apr 03, 2017
                              Form ID: opff7i        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: madisonleighanna@aol.com Apr 03 2017 21:13:54     John Cotton Eastman,
                 P.O. Box 866,   Clinton, TN 37717-0866
jdb            +E-mail/PDF: madisonleighanna@aol.com Apr 03 2017 21:13:54     Vela Elizabeth Eastman,
                 P.O. Box 866,   Clinton, TN 37717-0866
                                                                                          TOTAL: 2


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
          Cynthia T Lawson    on behalf of Joint Debtor Vela Elizabeth Eastman cynthialawson@bbllawgroup.com,
           ecfcourtnotices@gmail.com
          Cynthia T Lawson    on behalf of Debtor John Cotton Eastman cynthialawson@bbllawgroup.com,
           ecfcourtnotices@gmail.com
          John P. Newton, Jr.    tn27@ecfcbis.com
          United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                          TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                                    Case Number:  3:17–bk–31021–SHB
John Cotton Eastman   xxx–xx–1807                         Chapter:  7
Vela Elizabeth Eastman   xxx–xx–6594
   Debtor(s)

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

        The debtor(s) having filed an Application To Pay Filing Fee In Installments or the Court having denied the debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, it is ORDERED as follows:

        1. The debtor(s) may pay the filing fee in installments on the terms proposed in the Application. If no terms are proposed in the Application, the debtor(s) must pay the filing fee according to the following terms:

$85.00 on or before  5/3/2017
$85.00 on or before  6/2/2017
$85.00 on or before  7/3/2017
$80.00 on or before  7/31/2017

        2. All filing fee installments should be mailed to the Office of the Clerk of the United States Bankruptcy Court, located at:

United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902

        3. Payments should be made by money order or cashier's check made payable to the "Clerk, U.S. Bankruptcy Court." Personal checks will not be accepted. Cash payments may be made only in the exact amount in person at the Office of the Clerk of the United States Bankruptcy Court. The Clerk cannot make change.

        4. Until the filing fee is paid in full, the debtor(s) may not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. See Fed. R. Bankr. P. 1006(b)(3).

    ENTER: 4/3/17



                                                    BY THE COURT


                                                     /s/  Suzanne H. Bauknight
                                                    UNITED STATES BANKRUPTCY JUDGE