IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN COTTON EASTMAN and ) | Case No. 17-31021-SHB |
| VELA E. EASTMAN ) | |
| ) | Chapter 7 |
| Debtors. ) | |

**TRUSTEE'S APPLICATION TO EMPLOY COUNSEL**

The Application of the Trustee respectfully alleges:

1. That Applicant is the Trustee in this case.

2. Applicant requires the assistance of legal counsel for these purposes:

    a. Investigation and litigation of assets of the estate and collection of estate funds.
    b. Claim investigation and objections.
    c. Employment of Professionals.
    d. Preparation and filing of pleadings.
    e. Assistance with legal issues related to liquidation of assets, including the resolution of any pending personal injury claim(s).

3. Your applicant seeks permission to employ John P. Newton, Jr. and the Law Offices of Mayer and Newton to act as counsel for the Trustee. John P. Newton, Jr. is an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and has a particular expertise with regard to bankruptcy and debtor/creditor matters in cases under the Bankruptcy Code. As such, applicant feels that the aforementioned counsel is well qualified to render the foregoing services.

4. Applicant proposes to employ said attorney/firm at the hourly rates listed as part of the counsel's declaration, attached hereto and incorporated hereby by reference, and such expenses

as may be allowed by the Court, with the total amount of compensation and expenses to be fixed and determined by the Court upon proper application. It is contemplated that said attorney will seek interim compensation as permitted by 11 U.S.C. §331.

5. The Court has the power to authorize said employment pursuant to 11 U.S.C. §327.

**WHEREFORE**, applicant prays that he be authorized to employ the aforesaid attorneys/firm under the terms and conditions set forth herein with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated this 27th day of June, 2017.

/s/ John P. Newton
John P. Newton, Jr., Trustee
1111 Northshore Dr., Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111

## CERTIFICATE OF SERVICE

I, John P. Newton, Jr., certify that a true and correct copy of the foregoing Application and Proposed Order has been served on the following either by Electronic Case Filing (ECF), Email and/or U.S. Mail, postage prepaid, on this the 27th day of June, 2017.

Tiffany DiIorio  (EMAIL)
Office of the United States Trustee
tiffany.diiorio@usdoj.gov

Cynthia T. Lawson, Esq.  (ECF)
Counsel for Debtor

John & Vela Eastman  (USPS)
PO Box 866
Clinton, TN 37717

/s/ John P. Newton
John P. Newton, Jr., Trustee