# DECLARATION

I, John P. Newton, Jr., declare as follows:

1. I am an attorney licensed in Tennessee.

2. I am duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. Individually, I have been appointed the Chapter 7 Trustee in this case. By this Application, I am requesting that the law firm of which I am a partner, Mayer & Newton, be employed to represent the estate. It is also anticipated that there will be paraprofessionals, employed by Mayer & Newton, who will handle matters in this representation under the my direct supervision.

4. To the best of my knowledge, information and belief, all attorneys in the firm are disinterested persons within the meaning of 11 U.S.C. 101(14), and the firm does not represent any interest adverse to the estate.

5. The current hourly rates charged by Mayer & Newton are:

   | | |
   |---|---|
   | John P. Newton, Jr., Partner | $275.00 |
   | Richard M. Mayer, Partner | $275.00 |
   | Associates | $175.00 |
   | Paralegals | $ 95.00 |

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June, 2017.

/s/ _____
John P. Newton, Jr., Attorney
Law Offices of Mayer & Newton