

**SO ORDERED.**
**SIGNED this 27th day of June, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

_____

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **JOHN COTTON EASTMAN and** ) | Case No. 17-31021-SHB |
| **VELA E. EASTMAN** ) | |
| ) | Chapter 7 |
| Debtors. ) | |

_____

## ORDER

After notice to parties in interest and without objection(s), it appears that the Application of the Trustee to employ John P. Newton, Jr. and the Law Offices of Mayer and Newton, to act as counsel for the estate is in the best interest of the Trustee and the economical administration thereof, it is

**ORDERED** that the Trustee herein, is authorized to employ John P. Newton, Jr. and the Law Offices of Mayer and Newton, to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore.

###

**APPROVED FOR ENTRY:**

/s/ John P. Newton, Jr.
_____
John P. Newton, Jr., Chapter 7 Trustee
South Tower, Suite S-570
1111 Northshore Drive
Knoxville, Tennessee 37919
(865) 588-5111