United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                Case No. 17-31021-SHB
John Cotton Eastman                                                   Chapter 7
Vela Elizabeth Eastman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0649-3           User: grantv              Page 1 of 2              Date Rcvd: Jun 28, 2017
                               Form ID: pdfbk            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
```
11659283       +Account Resolution Tea,    221 E Main St Ste 201,    Morristown, TN 37814-4730
11659284       +Advance Financial,    5527 Clinton Hwy,    Knoxville, TN 37912-3475
11659286       +Beatrice Suttles,    P.O. Box 106,    Speedwell, TN 37870-0106
11659287       +Capstone Finance,    2035 N. Broadway Street,    Knoxville, TN 37917-5808
11659289      #+Cash Time,    916 N. Charles Seivers Blvd,    Clinton, TN 37716-3816
11659290       +Cbc Llc,    10368 Wallace Alley St S,    Kingsport, TN 37663-3977
11659291       +Check into Cash,    5632 Clinton Hwy,    Knoxville, TN 37912-3455
11659293       +Covington Credit,    1115 N Charles G Seivers Blvd Ste 5,    Clinton, TN 37716-3953
11659298        Equifax Information Services LLC,    P O Box 740241,    Atlanta, GA 30374-0241
11659299       +Experian,   P O Box 2002,    Allen, TX 75013-2002
11659300       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
11659302        Financial Accounts Services Team, Inc,    Agent for Vascular Dianostic Center,    P.O. Box 11567,
                 Knoxville, TN 37939-1567
11659303       +First Sun Financial,    3551 N. Broadway,    Knoxville, TN 37917-3117
11659304        HCFS Healthcare Financial Services,    Alcoa Billing Center,    3429 Regal Drive,
                 Alcoa, TN 37701-3265
11659306        LCA Collections,    Agent for Labcorp/family medicine west,    PO Box 2240,
                 Burlington, NC 27216-2240
11659309       +Neighborhood Urgent Care,    P. O. Box 786,    Jacksboro, TN 37757-0786
11659311       +North Amercn,    2810 Walker Rd,    Chattanooga, TN 37421-1082
11661582       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
11659314       +Radiology Imaging Assoc of Oak Ridge,    601 Dodds Avenue,    Chattanooga, TN 37404-3911
11659317       +Trans Union,   P O Box 2000,    Chester, PA 19022-2000
11659318       +Vascular Diagnostic Center of Oak Ridge,    988 Oak Ridge Turnpike,    Suite L40,
                 Oak Ridge, TN 37830-6940
11659319       +Wakefield,    Po Box 50250,    Knoxville, TN 37950-0250
11659320       +Wakefield & Associates,    Po Box 50250,    Knoxville, TN 37950-0250
11659321       +Wfds-Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
11659308       +methodist medical center of Oak Ridge,    P.O. Box 11192,    Knoxville, TN 37939-1192
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: madisonleighanna@aol.com Jun 28 2017 20:55:50      John Cotton Eastman,
                 P.O. Box 866,    Clinton, TN 37717-0866
jdb            +E-mail/PDF: madisonleighanna@aol.com Jun 28 2017 20:55:50      Vela Elizabeth Eastman,
                 P.O. Box 866,    Clinton, TN 37717-0866
smg             E-mail/Text: cio.bncmail@irs.gov Jun 28 2017 20:57:55      Internal Revenue Service,
                 P. O. Box 21126,    Philadelphia,, PA 19114
11659285        E-mail/Text: EBNProcessing@afni.com Jun 28 2017 20:58:48      AFNI,    Agent for unknown,
                 P O Box 3517,    Bloomington, IL 61702-3517
11659288       +E-mail/Text: bankruptcy@cashtn.com Jun 28 2017 20:59:33      Cash Express LLC,    502 Clinch Ave,
                 Clinton, TN 37716-4228
11659292       +Fax: 602-659-2196 Jun 28 2017 22:02:34      Chex Systems,    Consumer Relations,
                 7805 Hudson Rd Ste 100,    Woodbury, MN 55125-1595
11659294       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 28 2017 21:00:05
                 Credit Collection Services,    Agent for Comcast,    725 Canton Street,    Norwood, MA 02062-2679
11659295       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 28 2017 21:00:05
                 Credit Control Service,    Po Box 607,    Norwood, MA 02062-0607
11659296       +E-mail/Text: bk@creditcentralllc.com Jun 28 2017 20:59:34      Creditplus,    2810 Schaad Road,
                 Knoxville, TN 37921-7414
11659297       +E-mail/Text: bkrnotice@prgmail.com Jun 28 2017 20:58:41      Dba Paragon Revenue Gr,
                 Po Box 126,    Concord, NC 28026-0126
11659305        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 28 2017 20:59:02      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
11659307       +E-mail/Text: kbosbank@covhlth.com Jun 28 2017 20:58:23
                 Methodist Medical Center of Oak Ridge,    Knoxville Business Offices,
                 1420 Centerpoint Blvd, Building C,    Knoxville, TN 37932-1960
11659310       +E-mail/Text: electronicbkydocs@nelnet.net Jun 28 2017 20:58:44      Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
11659312       +E-mail/Text: bankruptcy@optimarecoveryservices.com Jun 28 2017 20:58:59
                 Optima Recovery Servic,    6215 Kingston Pk Ste A,    Knoxville, TN 37919-4044
11659313        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 21:09:38
                 Portfolio Recovery Associates,    Agent for Providian/WashingtonMutual,    120 Corporate Blvd,
                 Norfolk, VA 23502
11659315       +E-mail/Text: jpinkerton@utrad.com Jun 28 2017 21:00:07      Radiology Imaging Associates,
                 601 Dodds Ave.,    Chattanooga, TN 37404-3911
11659316       +E-mail/Text: bankruptcy@regionalmanagement.com Jun 28 2017 20:57:42
                 Regional Finance - Knoxville,    7118 Maynardville Hwy.,    Knoxville, TN 37918-5738
11659322       +E-mail/PDF: bk@worldacceptance.com Jun 28 2017 21:03:16      World Finance Corporat,
                 108 Frederick St,    Greenville, SC 29607-2532
                                                                                              TOTAL: 18
```

```
District/off: 0649-3          User: grantv              Page 2 of 2                    Date Rcvd: Jun 28, 2017
                              Form ID: pdfbk            Total Noticed: 43


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
11659301*      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
                                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Cynthia T Lawson    on behalf of Joint Debtor Vela Elizabeth Eastman cynthialawson@bbllawgroup.com,
               ecfcourtnotices@gmail.com
              Cynthia T Lawson    on behalf of Debtor John Cotton Eastman cynthialawson@bbllawgroup.com,
               ecfcourtnotices@gmail.com
              John P. Newton, Jr.    tn27@ecfcbis.com
              John P. Newton, Jr.    on behalf of Trustee John P. Newton, Jr. mayerandnewton@mayerandnewton.com
              United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                                TOTAL: 5
```



**SO ORDERED.**
**SIGNED this 27th day of June, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

_____

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN COTTON EASTMAN and ) | Case No. 17-31021-SHB |
| VELA E. EASTMAN ) | |
| ) | Chapter 7 |
| Debtors. ) | |

_____

## ORDER

After notice to parties in interest and without objection(s), it appears that the Application of the Trustee to employ John P. Newton, Jr. and the Law Offices of Mayer and Newton, to act as counsel for the estate is in the best interest of the Trustee and the economical administration thereof, it is

**ORDERED** that the Trustee herein, is authorized to employ John P. Newton, Jr. and the Law Offices of Mayer and Newton, to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore.

###

**APPROVED FOR ENTRY:**

/s/ John P. Newton, Jr.
John P. Newton, Jr., Chapter 7 Trustee
South Tower, Suite S-570
1111 Northshore Drive
Knoxville, Tennessee 37919
(865) 588-5111