IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN C. EASTMAN and ) | CASE NO. 17-31021-SHB |
| VELA E. EASTMAN ) | |
| ) | Chapter 7 |
| Debtors. ) | |

TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL,
KEVIN EDWARDS AND FREESE & GOSS PLLC,
NUNC PRO TUNC PURSUANT TO E.D. TENN. LBR 2014-1

**Notice is hereby given:**

Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at United States Bankruptcy Court, 800 Market Street, Suite 330, Knoxville, Tennessee 37902, an objection within 21 days from the date this paper was filed and serve a copy on the movant, John P. Newton, Jr., South Tower, Suite S-570, 1111 Northshore Drive, Knoxville, Tennessee 37919. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

The Application of John P. Newton, Jr. respectfully alleges:

1. That John P. Newton, Jr. is the Trustee in this case.

2. The Trustee requires legal counsel to assist in the resolution of the Debtor's (John Eastman's) ongoing product liability claim against Rex Medical LLP, et al.

3. Presently, four separate firms are handling the claim on the Debtor's behalf: 1.) Julie Rhoades and Matthews & Associates, 2.) Kevin Edwards and Freese & Goss PLLC, 3.) Rosemary Pinto and Feldman & Pinto, and 4.) Matthew Daniel and Ferrer Poirot, Wansbrough,

Feller, Daniel, Abney & Linville (hereafter "Ferrer Poirot").

4. That Kevin Edwards and Freese & Goss PLLC be authorized to act as Counsel for the Trustee because of their knowledge in this field and experience in the current proceeding. Applicant feels that said attorney/firm is well qualified to render the foregoing services.

5. The Court has the power to authorize said employment pursuant to 11 U.S.C. Section 327(e).

6. The parties referenced in paragraph #3 are sharing compensation in the following manner:

> The four firms will charge a 40% contingency fee plus out-of-pocket expenses. From that percentage, 22.5% will go to Matthews & Associates, 22.5% to Freese & Goss PLLC, 10% to Feldman & Pinto and 45% to Ferrer & Poirot.

WHEREFORE, the Trustee prays that Kevin Edwards and Freese & Goss PLLC be authorized to act as Counsel for the estate, *nunc pro tunc* to the bankruptcy petition date pursuant to E.D. Tenn. LBR 2014-1, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated this 19th day of January, 2018.

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee
Law Office of Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919

## **CERTIFICATE OF SERVICE**

      I, John P. Newton, Jr., hereby certify that a true and correct copy of the foregoing Trustee's Application to Employ Special Counsel and Proposed Order has been served on all creditors/parties in interest as follows either by Electronic Case Filing (ECF), Email and/or United States Mail (postage prepaid) this the 19th day of January, 2018.

Tiffany DiIorio  (EMAIL)
Attorney for U.S. Trustee

Cynthia Lawson, Esq.  (ECF)
Attorney for Debtors

                                          /s/ John P. Newton, Jr.
                                          John P. Newton, Jr., Trustee

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | AFNI<br>Agent for unknown<br>P O Box 3517<br>Bloomington, IL 61702-3517 | Account Resolution Tea<br>221 E Main St Ste 201<br>Morristown, TN 37814-4730 |
| Advance Financial<br>5527 Clinton Hwy<br>Knoxville, TN 37912-3475 | Beatrice Suttles<br>P.O. Box 106<br>Speedwell, TN 37870-0106 | Capstone Finance<br>2035 N. Broadway Street<br>Knoxville, TN 37917-5808 |
| Cash Express LLC<br>502 Clinch Ave<br>Clinton, TN 37716-4228 | Cash Time<br>916 N. Charles Seivers Blvd<br>Clinton, TN 37716-3816 | Cbc Llc<br>10368 Wallace Alley St S<br>Kingsport, TN 37663-3977 |
| Check into Cash<br>5632 Clinton Hwy<br>Knoxville, TN 37912-3455 | Chex Systems<br>Consumer Relations<br>7805 Hudson Rd Ste 100<br>Woodbury, MN 55125-1595 | Covington Credit<br>1115 N Charles G Seivers Blvd<br>Clinton, TN 37716-3953 |
| Credit Collection Services<br>Agent for Comcast<br>725 Canton Street<br>Norwood, MA 02062-2679 | Credit Control Service<br>Po Box 607<br>Norwood, MA 02062-0607 | Creditplus<br>2810 Schaad Road<br>Knoxville, TN 37921-7414 |
| Dba Paragon Revenue Gr<br>Po Box 126<br>Concord, NC 28026-0126 | Equifax Information Services<br>P O Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P O Box 2002<br>Allen, TX 75013-2002 |
| Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Financial Accounts Services<br>Agent for Vascular Dianostic<br>P.O. Box 11567<br>Knoxville, TN 37939-1567 | First Sun Financial<br>3551 N. Broadway<br>Knoxville, TN 37917-3117 |
| HCFS Healthcare Financial<br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701-3265 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-7999 | LCA Collections<br>Agent for Labcorp/family<br>PO Box 2240<br>Burlington, NC 27216-2240 |
| Methodist Medical Center of<br>Knoxville Business Offices<br>1420 Centerpoint Blvd,<br>Knoxville, TN 37932-1960 | Neighborhood Urgent Care<br>P. O. Box 786<br>Jacksboro, TN 37757-0786 | Nelnet Lns<br>Po Box 1649<br>Denver, CO 80201-1649 |
| North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Optima Recovery Servic<br>6215 Kingston Pk Ste A<br>Knoxville, TN 37919-4044 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 |

| | | |
|---|---|---|
| Radiology Imaging Associates<br>601 Dodds Ave.<br>Chattanooga, TN 37404-3911 | Regional Finance - Knoxville<br>7118 Maynardville Hwy.<br>Knoxville, TN 37918-5738 | Trans Union<br>P O Box 2000<br>Chester, PA 19016-2000 |
| Vascular Diagnostic Center of<br>988 Oak Ridge Turnpike<br>Suite L40<br>Oak Ridge, TN 37830-6940 | Wakefield & Associates<br>Po Box 50250<br>Knoxville, TN 37950-0250 | Wfds-Wells Fargo Dealer<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| World Finance Corporat<br>108 Frederick St<br>Greenville, SC 29607-2532 | methodist medical center of<br>P.O. Box 11192<br>Knoxville, TN 37939-1192 | John & Vela Eastman<br>P.O. Box 866<br>Clinton, TN 37717-0866 |
| Rosemary Pinto, Esq.<br>Feldman & Pinto<br>6706 Springbank St.<br>Philadelphia, PA 19119 | Kevin Edwards, Esq.<br>Freese & Goss PLLC<br>3500 Maple Ave. #1100<br>Dallas, TX 75219 | Matthew Daniel, Esq.<br>Ferrer, Poirot, Wansbrough,<br>2603 Oak Lawn, #300<br>Dallas, TX 75219 |
| Julie L. Rhoades, Esq.<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77007 | | |