## DECLARATION

I, Kevin Edwards, declare:

1.      To the best of my knowledge, information and belief, I am a disinterested person within the meaning of 11 U.S.C. §101(14) and am eligible to serve as counsel for the estate and the attorney pursuant to the provisions of 11 U.S.C. Section 327(e).  I am not a creditor of the Debtor and received no prepetition payments or transfers.

2.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5TH_ day of January, 2018.

/s/
Kevin Edwards, Esq.
Freese & Goss PLLC
3500 Maple Ave. #1100
Dallas, TX 75219

SIGN
& DATE