IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE: )<br>)<br>) | |
| JOHN C. EASTMAN and )<br>VELA E. EASTMAN ) | CASE NO. 17-31021-SHB |
| ) | Chapter 7 |
| Debtors. ) | |

**TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL,
ROSEMARY PINTO AND FELDMAN & PINTO,
NUNC PRO TUNC PURSUANT TO E.D. TENN. LBR 2014-1**

---

**Notice is hereby given:**

Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at United States Bankruptcy Court, 800 Market Street, Suite 330, Knoxville, Tennessee 37902, an objection within 21 days from the date this paper was filed and serve a copy on the movant, John P. Newton, Jr., South Tower, Suite S-570, 1111 Northshore Drive, Knoxville, Tennessee 37919. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

---

The Application of John P. Newton, Jr. respectfully alleges:

1. That John P. Newton, Jr. is the Trustee in this case.

2. The Trustee requires legal counsel to assist in the resolution of the Debtor's (John Eastman's) ongoing product liability claim against Rex Medical LLP, et al.

3. Presently, four separate firms are handling the claim on the Debtor's behalf: 1.) Julie Rhoades and Matthews & Associates, 2.) Kevin Edwards and Freese & Goss PLLC, 3.) Rosemary Pinto and Feldman & Pinto, and 4.) Matthew Daniel and Ferrer Poirot, Wansbrough,

Feller, Daniel, Abney & Linville (hereafter "Ferrer Poirot").

4. That Rosemary Pinto and Feldman & Pinto be authorized to act as Counsel for the Trustee because of their knowledge in this field and experience in the current proceeding. Applicant feels that said attorney/firm is well qualified to render the foregoing services.

5. The Court has the power to authorize said employment pursuant to 11 U.S.C. Section 327(e).

6. The parties referenced in paragraph #3 are sharing compensation in the following manner:

> The four firms will charge a 40% contingency fee plus out-of-pocket expenses. From that percentage, 22.5% will go to Matthews & Associates, 22.5% to Freese & Goss PLLC, 10% to Feldman & Pinto and 45% to Ferrer & Poirot.

WHEREFORE, the Trustee prays that Rosemary Pinto and Feldman & Pinto be authorized to act as Counsel for the estate, *nunc pro tunc* to the bankruptcy petition date pursuant to E.D. Tenn. LBR 2014-1, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated this 19th day of January, 2018.

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee
Law Office of Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919

## CERTIFICATE OF SERVICE

I, John P. Newton, Jr., hereby certify that a true and correct copy of the foregoing Trustee's Application to Employ Special Counsel and Proposed Order has been served on all creditors/parties in interest as follows either by Electronic Case Filing (ECF), Email and/or United States Mail (postage prepaid) this the 19th day of January, 2018.

Tiffany DiIorio  (EMAIL)
Attorney for U.S. Trustee

Cynthia Lawson, Esq.  (ECF)
Attorney for Debtors

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AFNI
Agent for unknown
P O Box 3517
Bloomington, IL 61702-3517

Account Resolution Tea
221 E Main St Ste 201
Morristown, TN 37814-4730

Advance Financial
5527 Clinton Hwy
Knoxville, TN 37912-3475

Beatrice Suttles
P.O. Box 106
Speedwell, TN 37870-0106

Capstone Finance
2035 N. Broadway Street
Knoxville, TN 37917-5808

Cash Express LLC
502 Clinch Ave
Clinton, TN 37716-4228

Cash Time
916 N. Charles Seivers Blvd
Clinton, TN 37716-3816

Cbc Llc
10368 Wallace Alley St S
Kingsport, TN 37663-3977

Check into Cash
5632 Clinton Hwy
Knoxville, TN 37912-3455

Chex Systems
Consumer Relations
7805 Hudson Rd Ste 100
Woodbury, MN 55125-1595

Covington Credit
1115 N Charles G Seivers Blvd
Clinton, TN 37716-3953

Credit Collection Services
Agent for Comcast
725 Canton Street
Norwood, MA 02062-2679

Credit Control Service
Po Box 607
Norwood, MA 02062-0607

Creditplus
2810 Schaad Road
Knoxville, TN 37921-7414

Dba Paragon Revenue Gr
Po Box 126
Concord, NC 28026-0126

Equifax Information Services
P O Box 740241
Atlanta, GA 30374-0241

Experian
P O Box 2002
Allen, TX 75013-2002

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106-0610

Financial Accounts Services
Agent for Vascular Dianostic
P.O. Box 11567
Knoxville, TN 37939-1567

First Sun Financial
3551 N. Broadway
Knoxville, TN 37917-3117

HCFS Healthcare Financial
Alcoa Billing Center
3429 Regal Drive
Alcoa, TN 37701-3265

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-7999

LCA Collections
Agent for Labcorp/family
PO Box 2240
Burlington, NC 27216-2240

Methodist Medical Center of
Knoxville Business Offices
1420 Centerpoint Blvd,
Knoxville, TN 37932-1960

Neighborhood Urgent Care
P. O. Box 786
Jacksboro, TN 37757-0786

Nelnet Lns
Po Box 1649
Denver, CO 80201-1649

North Amercn
2810 Walker Rd
Chattanooga, TN 37421-1082

Optima Recovery Servic
6215 Kingston Pk Ste A
Knoxville, TN 37919-4044

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541-1067

Radiology Imaging Associates
601 Dodds Ave.
Chattanooga, TN 37404-3911

Regional Finance - Knoxville
7118 Maynardville Hwy.
Knoxville, TN 37918-5738

Trans Union
P O Box 2000
Chester, PA 19016-2000

Vascular Diagnostic Center of
988 Oak Ridge Turnpike
Suite L40
Oak Ridge, TN 37830-6940

Wakefield & Associates
Po Box 50250
Knoxville, TN 37950-0250

Wfds-Wells Fargo Dealer
Po Box 1697
Winterville, NC 28590-1697

World Finance Corporat
108 Frederick St
Greenville, SC 29607-2532

methodist medical center of
P.O. Box 11192
Knoxville, TN 37939-1192

John & Vela Eastman
P.O. Box 866
Clinton, TN 37717-0866

Rosemary Pinto, Esq.
Feldman & Pinto
6706 Springbank St.
Philadelphia, PA 19119

Kevin Edwards, Esq.
Freese & Goss PLLC
3500 Maple Ave. #1100
Dallas, TX 75219

Matthew Daniel, Esq.
Ferrer, Poirot, Wansbrough,
2603 Oak Lawn, #300
Dallas, TX 75219

Julie L. Rhoades, Esq.
Matthews & Associates
2905 Sackett St.
Houston, TX 77007