## DECLARATION

I, Rosemary Pinto, declare:

1. To the best of my knowledge, information and belief, I am a disinterested person within the meaning of 11 U.S.C. §101(14) and am eligible to serve as counsel for the estate and the attorney pursuant to the provisions of 11 U.S.C. Section 327(e). I am not a creditor of the Debtor and received no prepetition payments or transfers.

2. I declare under penalty of perjury that the foregoing is true and correct.

Executed this  17th   day of January, 2018.

/s/ Rosemary Pinto
Rosemary Pinto, Esq.
Feldman & Pinto
6706 Springbank St.
Philadelphia, PA 19119