**The order is rejected because the application was not set for hearing as required by E.D. Tenn. LBR 2014-1 for this request for nunc pro tunc entry to the date of the order for relief when the application was filed more than seven days after entry of the order for relief. An amended application with a compliant notice of hearing must be filed within five days.**

**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.
SIGNED this 25th day of January, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| IN RE: | ) |
|---|---|
| | ) |
| JOHN C. EASTMAN and | )   CASE NO. 17-31021-SHB |
| VELA E. EASTMAN | ) |
| | )   Chapter 7 |
| Debtors. | ) |

### ORDER AUTHORIZING THE TRUSTEE TO EMPLOY SPECIAL COUNSEL
### (RHOADES) NUNC PRO TUNC TO THE PETITION DATE
### PURSUANT TO E.D. TENN. LBR 2014-1

It appearing that the foregoing Application of the Trustee to Employ Special Counsel, Julie Rhoades and the firm of Matthews & Associates, to provide assistance to the Trustee in a product liability claim is in the best interest of the Estate and no objections having been filed, it is

ORDERED that the Trustee herein, is authorized to employ Julie Rhoades and the firm of Matthews & Associates to act as special counsel for the Trustee and the estate, *nunc pro tunc* to the bankruptcy petition date pursuant to E.D. Tenn. LBR 2014-1, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore.

###

APPROVED FOR ENTRY:

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee
1111 Northshore Dr., Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111

