# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
### at KNOXVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN COTTON EASTMAN and | ) | Case No.  3:17-bk-31021-SHB |
| VELA ELIZABETH EASTMAN, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

## MOTION FOR ADDITIONAL TIME TO
## AMEND APPLICATIONS TO EMPLOY SPECIAL COUNSEL

Comes the Trustee, by counsel, and requests an additional time to amend Applications to Employ Special Counsel (Kevin Edwards, Rosemary Pinto, Julie Rhoades, Matthew Daniel) and in support would show as follows:

1. The Court entered a "rejected" order on January 25, 2018 regarding certain procedural matters in such Applications submitted.

2. The Trustee is aware of the deadline of the Court for five days which would require an amendment to be filed by January 30, 2018 but counsel's legal assistant is out of the office since the notice was received and won't be back in for several days due to an unexpected family issue.

3. The Trustee believes if additional time is given that the Applications can be amended on or before February 2, 2018 as requested by the Court.

WHEREFORE, the Trustee requests that the Court grant additional time for the amendment to the Applications up to and through February 2, 2018 for the reasons stated herein.

Dated this 30th day of January, 2018.

/s/ *John P. Newton*   (#010817)
Chapter 7 Trustee
Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111

## CERTIFICATE OF SERVICE

I, John P. Newton, certify that a true and correct copy of the foregoing Motion for Additional Time to Amend Applications to Employ Special Counsel and proposed Order have been served on:

Tiffany A. DiIorio (via e-mail)
Office of the United States Trustee
800 Market Street, Suite 114
Knoxville, Tennessee 37902

Cynthia T. Lawson (via ecf)
Attorney for the Debtors
6704 Watermour Way
Knoxville, TN  37912

Dated this 30th day of January, 2018.

/s/ *John P. Newton*
John P. Newton