**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JOHN COTTON EASTMAN and** | ) | **Case No.  3:17-bk-31021-SHB** |
| **VELA ELIZABETH EASTMAN,** | ) | |
| | ) | **Chapter 7** |
| **Debtors.** | ) | |

**ORDER**

Upon the request of the Trustee for additional time to amend Applications to employ and for

cause shown, the Court is agreeable and shall extend the time up to and through February 2, 2018.

### 

**APPROVED FOR ENTRY:**

/s/ *John P. Newton*   (#010817)
Attorney for the Trustee
Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111