

**SO ORDERED.**
**SIGNED this 31st day of January, 2018**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JOHN COTTON EASTMAN and** | ) | **Case No.  3:17-bk-31021-SHB** |
| **VELA ELIZABETH EASTMAN,** | ) | |
| | ) | **Chapter 7** |
| Debtors. | ) | |

## ORDER

Upon the request of the Trustee for additional time to amend Applications to employ and for

cause shown, the Court is agreeable and shall extend the time up to and through February 2, 2018.

### ###

**APPROVED FOR ENTRY:**


/s/ _John P. Newton_   (#010817)
Attorney for the Trustee
Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111