| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:17-bk-31021-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Fri Feb  2 12:42:17 EST 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 |
| AFNI<br>Agent for unknown<br>P O Box 3517<br>Bloomington, IL 61702-3517 | Account Resolution Tea<br>221 E Main St Ste 201<br>Morristown, TN 37814-4730 | Advance Financial<br>5527 Clinton Hwy<br>Knoxville, TN 37912-3475 |
| Beatrice Suttles<br>P.O. Box 106<br>Speedwell, TN 37870-0106 | Capstone Finance<br>2035 N. Broadway Street<br>Knoxville, TN 37917-5808 | Cash Express LLC<br>502 Clinch Ave<br>Clinton, TN 37716-4228 |
| Cash Time<br>916 N. Charles Seivers Blvd<br>Clinton, TN 37716-3816 | Cbc Llc<br>10368 Wallace Alley St S<br>Kingsport, TN 37663-3977 | Check into Cash<br>5632 Clinton Hwy<br>Knoxville, TN 37912-3455 |
| Chex Systems<br>Consumer Relations<br>7805 Hudson Rd Ste 100<br>Woodbury, MN 55125-1595 | Covington Credit<br>1115 N Charles G Seivers Blvd Ste 5<br>Clinton, TN 37716-3953 | Credit Collection Services<br>Agent for Comcast<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit Control Service<br>Po Box 607<br>Norwood, MA 02062-0607 | Creditplus<br>2810 Schaad Road<br>Knoxville, TN 37921-7414 | Dba Paragon Revenue Gr<br>Po Box 126<br>Concord, NC 28026-0126 |
| Equifax Information Services LLC<br>P O Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P O Box 2002<br>Allen, TX 75013-2002 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 |
| Financial Accounts Services Team, Inc<br>Agent for Vascular Dianostic Center<br>P.O. Box 11567<br>Knoxville, TN 37939-1567 | First Sun Financial<br>3551 N. Broadway<br>Knoxville, TN 37917-3117 | HCFS Healthcare Financial Services<br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701-3265 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LCA Collections<br>Agent for Labcorp/family medicine west<br>PO Box 2240<br>Burlington, NC 27216-2240 | Methodist Medical Center of Oak Ridge<br>Knoxville Business Offices<br>1420 Centerpoint Blvd, Building C<br>Knoxville, TN 37932-1960 |
| Neighborhood Urgent Care<br>P. O. Box 786<br>Jacksboro, TN 37757-0786 | Nelnet Lns<br>Po Box 1649<br>Denver, CO 80201-1649 | North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 |

Optima Recovery Servic
6215 Kingston Pk Ste A
Knoxville, TN 37919-4044

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radiology Imaging Assoc of Oak Ridge
601 Dodds Avenue
Chattanooga, TN 37404-3911

Radiology Imaging Associates
601 Dodds Ave.
Chattanooga, TN 37404-3911

Regional Finance - Knoxville
7118 Maynardville Hwy.
Knoxville, TN 37918-5738

Trans Union
P O Box 2000
Chester, PA 19016-2000

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

Vascular Diagnostic Center of Oak Ridge
988 Oak Ridge Turnpike
Suite L40
Oak Ridge, TN 37830-6940

Wakefield
Po Box 50250
Knoxville, TN 37950-0250

Wakefield & Associates
Po Box 50250
Knoxville, TN 37950-0250

Wfds-Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590-1697

World Finance Corporat
108 Frederick St
Greenville, SC 29607-2532

methodist medical center of Oak Ridge
P.O. Box 11192
Knoxville, TN 37939-1192

Cynthia T Lawson
Bond, Botes & Lawson PC
6704 Watermour Way
Knoxville, TN 37912-1261

John Cotton Eastman
P.O. Box 866
Clinton, TN 37717-0866

John P. Newton Jr.
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919-4084

Vela Elizabeth Eastman
P.O. Box 866
Clinton, TN 37717-0866

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Portfolio Recovery Associates
Agent for Providian/WashingtonMutual
120 Corporate Blvd
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Fed Loan Serv
Pob 60610
Harrisburg, PA 17106-0610

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   46
Bypassed recipients    2
Total                 48