Label Matrix for local noticing
0649-3
Case 3:17-bk-31021-SHB
Eastern District of Tennessee
Knoxville
Fri Feb  2 12:42:17 EST 2018

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

3
United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

AFNI
Agent for unknown
P O Box 3517
Bloomington, IL 61702-3517

Account Resolution Tea
221 E Main St Ste 201
Morristown, TN 37814-4730

Advance Financial
5527 Clinton Hwy
Knoxville, TN 37912-3475

Beatrice Suttles
P.O. Box 106
Speedwell, TN 37870-0106

Capstone Finance
2035 N. Broadway Street
Knoxville, TN 37917-5808

Cash Express LLC
502 Clinch Ave
Clinton, TN 37716-4228

Cash Time
916 N. Charles Seivers Blvd
Clinton, TN 37716-3816

Cbc Llc
10368 Wallace Alley St S
Kingsport, TN 37663-3977

Check into Cash
5632 Clinton Hwy
Knoxville, TN 37912-3455

Chex Systems
Consumer Relations
7805 Hudson Rd Ste 100
Woodbury, MN 55125-1595

Covington Credit
1115 N Charles G Seivers Blvd Ste 5
Clinton, TN 37716-3953

Credit Collection Services
Agent for Comcast
725 Canton Street
Norwood, MA 02062-2679

Credit Control Service
Po Box 607
Norwood, MA 02062-0607

Creditplus
2810 Schaad Road
Knoxville, TN 37921-7414

Dba Paragon Revenue Gr
Po Box 126
Concord, NC 28026-0126

Equifax Information Services LLC
P O Box 740241
Atlanta, GA 30374-0241

Experian
P O Box 2002
Allen, TX 75013-2002

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106-0610

Financial Accounts Services Team, Inc
Agent for Vascular Dianostic Center
P.O. Box 11567
Knoxville, TN 37939-1567

First Sun Financial
3551 N. Broadway
Knoxville, TN 37917-3117

HCFS Healthcare Financial Services
Alcoa Billing Center
3429 Regal Drive
Alcoa, TN 37701-3265

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LCA Collections
Agent for Labcorp/family medicine west
PO Box 2240
Burlington, NC 27216-2240

Methodist Medical Center of Oak Ridge
Knoxville Business Offices
1420 Centerpoint Blvd, Building C
Knoxville, TN 37932-1960

Neighborhood Urgent Care
P. O. Box 786
Jacksboro, TN 37757-0786

Nelnet Lns
Po Box 1649
Denver, CO 80201-1649

North Amercn
2810 Walker Rd
Chattanooga, TN 37421-1082

Optima Recovery Servic
6215 Kingston Pk Ste A
Knoxville, TN 37919-4044

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radiology Imaging Assoc of Oak Ridge
601 Dodds Avenue
Chattanooga, TN 37404-3911


Radiology Imaging Associates
601 Dodds Ave.
Chattanooga, TN 37404-3911

Regional Finance - Knoxville
7118 Maynardville Hwy.
Knoxville, TN 37918-5738

Trans Union
P O Box 2000
Chester, PA 19016-2000


United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

Vascular Diagnostic Center of Oak Ridge
988 Oak Ridge Turnpike
Suite L40
Oak Ridge, TN 37830-6940

Wakefield
Po Box 50250
Knoxville, TN 37950-0250


Wakefield & Associates
Po Box 50250
Knoxville, TN 37950-0250

Wfds-Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590-1697

World Finance Corporat
108 Frederick St
Greenville, SC 29607-2532


methodist medical center of Oak Ridge
P.O. Box 11192
Knoxville, TN 37939-1192

Cynthia T Lawson
 Bond, Botes & Lawson PC
6704 Watermour Way
Knoxville, TN 37912-1261

John Cotton Eastman
P.O. Box 866
Clinton, TN 37717-0866


John P. Newton Jr.
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919-4084

Vela Elizabeth Eastman
P.O. Box 866
Clinton, TN 37717-0866



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Portfolio Recovery Associates
Agent for Providian/WashingtonMutual
120 Corporate Blvd
Norfolk, VA 23502



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Fed Loan Serv
Pob 60610
Harrisburg, PA 17106-0610

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    46
Bypassed recipients     2
Total                  48