**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

___

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **JOHN C. EASTMAN and** ) | **CASE NO. 17-31021-SHB** |
| **VELA E. EASTMAN** ) | |
| ) | **Chapter 7** |
| **Debtors.** ) | |

___

**ORDER AUTHORIZING THE TRUSTEE TO EMPLOY SPECIAL COUNSEL
(PINTO) NUNC PRO TUNC TO THE PETITION DATE
PURSUANT TO E.D. TENN. LBR 2014-1**

___

It appearing that the foregoing Amended Application of the Trustee to Employ Special Counsel, Rosemary Pinto and Feldman & Pinto, to provide assistance to the Trustee in a product liability claim is in the best interest of the Estate and no objections having been filed, it is

ORDERED that the Trustee herein, is authorized to employ Rosemary Pinto and Feldman & Pinto to act as special counsel for the Trustee and the estate, *nunc pro tunc* to the bankruptcy petition date pursuant to E.D. Tenn. LBR 2014-1, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore.

###

APPROVED FOR ENTRY:

/s/ *John P. Newton, Jr.*

John P. Newton, Jr., Trustee
1111 Northshore Dr., Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111