| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:17-bk-31021-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Fri Feb  2 12:42:17 EST 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 |
| AFNI<br>Agent for unknown<br>P O Box 3517<br>Bloomington, IL 61702-3517 | Account Resolution Tea<br>221 E Main St Ste 201<br>Morristown, TN 37814-4730 | Advance Financial<br>5527 Clinton Hwy<br>Knoxville, TN 37912-3475 |
| Beatrice Suttles<br>P.O. Box 106<br>Speedwell, TN 37870-0106 | Capstone Finance<br>2035 N. Broadway Street<br>Knoxville, TN 37917-5808 | Cash Express LLC<br>502 Clinch Ave<br>Clinton, TN 37716-4228 |
| Cash Time<br>916 N. Charles Seivers Blvd<br>Clinton, TN 37716-3816 | Cbc Llc<br>10368 Wallace Alley St S<br>Kingsport, TN 37663-3977 | Check into Cash<br>5632 Clinton Hwy<br>Knoxville, TN 37912-3455 |
| Chex Systems<br>Consumer Relations<br>7805 Hudson Rd Ste 100<br>Woodbury, MN 55125-1595 | Covington Credit<br>1115 N Charles G Seivers Blvd Ste 5<br>Clinton, TN 37716-3953 | Credit Collection Services<br>Agent for Comcast<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit Control Service<br>Po Box 607<br>Norwood, MA 02062-0607 | Creditplus<br>2810 Schaad Road<br>Knoxville, TN 37921-7414 | Dba Paragon Revenue Gr<br>Po Box 126<br>Concord, NC 28026-0126 |
| Equifax Information Services LLC<br>P O Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P O Box 2002<br>Allen, TX 75013-2002 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 |
| Financial Accounts Services Team, Inc<br>Agent for Vascular Dianostic Center<br>P.O. Box 11567<br>Knoxville, TN 37939-1567 | First Sun Financial<br>3551 N. Broadway<br>Knoxville, TN 37917-3117 | HCFS Healthcare Financial Services<br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701-3265 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LCA Collections<br>Agent for Labcorp/family medicine west<br>PO Box 2240<br>Burlington, NC 27216-2240 | Methodist Medical Center of Oak Ridge<br>Knoxville Business Offices<br>1420 Centerpoint Blvd, Building C<br>Knoxville, TN 37932-1960 |
| Neighborhood Urgent Care<br>P. O. Box 786<br>Jacksboro, TN 37757-0786 | Nelnet Lns<br>Po Box 1649<br>Denver, CO 80201-1649 | North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 |

| | | |
|---|---|---|
| Optima Recovery Servic<br>6215 Kingston Pk Ste A<br>Knoxville, TN 37919-4044 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Radiology Imaging Assoc of Oak Ridge<br>601 Dodds Avenue<br>Chattanooga, TN 37404-3911 |
| Radiology Imaging Associates<br>601 Dodds Ave.<br>Chattanooga, TN 37404-3911 | Regional Finance - Knoxville<br>7118 Maynardville Hwy.<br>Knoxville, TN 37918-5738 | Trans Union<br>P O Box 2000<br>Chester, PA 19016-2000 |
| United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 | Vascular Diagnostic Center of Oak Ridge<br>988 Oak Ridge Turnpike<br>Suite L40<br>Oak Ridge, TN 37830-6940 | Wakefield<br>Po Box 50250<br>Knoxville, TN 37950-0250 |
| Wakefield & Associates<br>Po Box 50250<br>Knoxville, TN 37950-0250 | Wfds-Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 | World Finance Corporat<br>108 Frederick St<br>Greenville, SC 29607-2532 |
| methodist medical center of Oak Ridge<br>P.O. Box 11192<br>Knoxville, TN 37939-1192 | Cynthia T Lawson<br>Bond, Botes & Lawson PC<br>6704 Watermour Way<br>Knoxville, TN 37912-1261 | John Cotton Eastman<br>P.O. Box 866<br>Clinton, TN 37717-0866 |
| John P. Newton Jr.<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4084 | Vela Elizabeth Eastman<br>P.O. Box 866<br>Clinton, TN 37717-0866 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | Portfolio Recovery Associates<br>Agent for Providian/WashingtonMutual<br>120 Corporate Blvd<br>Norfolk, VA 23502 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                   48 |