United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                      Case No. 17-31021-SHB
John Cotton Eastman                                                         Chapter 7
Vela Elizabeth Eastman
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0649-3          User: grantv              Page 1 of 2              Date Rcvd: Jan 31, 2018
                              Form ID: pdfbk            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
```
11659283       +Account Resolution Tea,    221 E Main St Ste 201,    Morristown, TN 37814-4730
11659284       +Advance Financial,    5527 Clinton Hwy,    Knoxville, TN 37912-3475
11659286       +Beatrice Suttles,    P.O. Box 106,    Speedwell, TN 37870-0106
11659287       #+Capstone Finance,    2035 N. Broadway Street,    Knoxville, TN 37917-5808
11659289       #+Cash Time,   916 N. Charles Seivers Blvd,    Clinton, TN 37716-3816
11659290       +Cbc Llc,   10368 Wallace Alley St S,    Kingsport, TN 37663-3977
11659291       +Check into Cash,    5632 Clinton Hwy,    Knoxville, TN 37912-3455
11659293       +Covington Credit,    1115 N Charles G Seivers Blvd Ste 5,    Clinton, TN 37716-3953
11659298        Equifax Information Services LLC,    P O Box 740241,    Atlanta, GA 30374-0241
11659299       +Experian,   P O Box 2002,    Allen, TX 75013-2002
11659300       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
11659302        Financial Accounts Services Team, Inc,    Agent for Vascular Dianostic Center,    P.O. Box 11567,
                 Knoxville, TN 37939-1567
11659303       +First Sun Financial,    3551 N. Broadway,    Knoxville, TN 37917-3117
11659304        HCFS Healthcare Financial Services,    Alcoa Billing Center,    3429 Regal Drive,
                 Alcoa, TN 37701-3265
11659306        LCA Collections,    Agent for Labcorp/family medicine west,    PO Box 2240,
                 Burlington, NC 27216-2240
11659309       +Neighborhood Urgent Care,    P. O. Box 786,    Jacksboro, TN 37757-0786
11659311       +North Amercn,    2810 Walker Rd,    Chattanooga, TN 37421-1082
11659314       +Radiology Imaging Assoc of Oak Ridge,    601 Dodds Avenue,    Chattanooga, TN 37404-3911
11659317       +Trans Union,    P O Box 2000,    Chester, PA 19016-2000
11659318       +Vascular Diagnostic Center of Oak Ridge,    988 Oak Ridge Turnpike,    Suite L40,
                 Oak Ridge, TN 37830-6940
11659319       +Wakefield,    Po Box 50250,    Knoxville, TN 37950-0250
11659320       +Wakefield & Associates,    Po Box 50250,    Knoxville, TN 37950-0250
11659321       +Wfds-Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
11659308       +methodist medical center of Oak Ridge,    P.O. Box 11192,    Knoxville, TN 37939-1192
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: madisonleighanna@aol.com Jan 31 2018 20:58:17      John Cotton Eastman,
                 P.O. Box 866,    Clinton, TN 37717-0866
jdb            +E-mail/PDF: madisonleighanna@aol.com Jan 31 2018 20:58:17      Vela Elizabeth Eastman,
                 P.O. Box 866,    Clinton, TN 37717-0866
smg             E-mail/Text: cio.bncmail@irs.gov Jan 31 2018 21:00:42      Internal Revenue Service,
                 P. O. Box  21126,    Philadelphia,, PA  19114
11659285        E-mail/Text: EBNProcessing@afni.com Jan 31 2018 21:01:21      AFNI,   Agent for unknown,
                 P O Box 3517,    Bloomington, IL 61702-3517
11659288        E-mail/Text: bankruptcy@cashtn.com Jan 31 2018 21:01:58      Cash Express LLC,    502 Clinch Ave,
                 Clinton, TN 37716-4228
11659292       +Fax: 602-659-2196 Jan 31 2018 21:13:46      Chex Systems,    Consumer Relations,
                 7805 Hudson Rd Ste 100,    Woodbury, MN 55125-1595
11659294       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2018 21:02:26
                 Credit Collection Services,    Agent for Comcast,    725 Canton Street,    Norwood, MA 02062-2679
11659295       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2018 21:02:26
                 Credit Control Service,    Po Box 607,    Norwood, MA 02062-0607
11659296       +E-mail/Text: bk@creditcentralllc.com Jan 31 2018 21:01:59      Creditplus,    2810 Schaad Road,
                 Knoxville, TN 37921-7414
11659297       +E-mail/Text: bkrnotice@prgmail.com Jan 31 2018 21:01:15      Dba Paragon Revenue Gr,
                 Po Box 126,    Concord, NC 28026-0126
11659305        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2018 21:01:33      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
11659307       +E-mail/Text: kbosbank@covhlth.com Jan 31 2018 21:01:03
                 Methodist Medical Center of Oak Ridge,    Knoxville Business Offices,
                 1420 Centerpoint Blvd, Building C,    Knoxville, TN 37932-1960
11659310       +E-mail/Text: electronicbkydocs@nelnet.net Jan 31 2018 21:01:19      Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
11659312       +E-mail/Text: bankruptcy@optimarecoveryservices.com Jan 31 2018 21:01:31
                 Optima Recovery Servic,    6215 Kingston Pk Ste A,    Knoxville, TN 37919-4044
11659313        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 21:03:50
                 Portfolio Recovery Associates,    Agent for Providian/WashingtonMutual,    120 Corporate Blvd,
                 Norfolk, VA 23502
11661582       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 21:03:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
11659315        E-mail/Text: jpinkerton@utrad.com Jan 31 2018 21:02:30      Radiology Imaging Associates,
                 601 Dodds Ave.,    Chattanooga, TN 37404-3911
11659316       +E-mail/Text: bankruptcy@regionalmanagement.com Jan 31 2018 21:00:15
                 Regional Finance - Knoxville,    7118 Maynardville Hwy.,    Knoxville, TN 37918-5738
11659322       +E-mail/PDF: bk@worldacceptance.com Jan 31 2018 21:03:27      World Finance Corporat,
                 108 Frederick St,    Greenville, SC 29607-2532
                                                                                              TOTAL: 19
```

```
District/off: 0649-3          User: grantv            Page 2 of 2              Date Rcvd: Jan 31, 2018
                              Form ID: pdfbk          Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
11659301*      +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
```
              Cynthia T Lawson    on behalf of Joint Debtor Vela Elizabeth Eastman cynthialawson@bbllawgroup.com,
               ecfcourtnotices@gmail.com
              Cynthia T Lawson    on behalf of Debtor John Cotton Eastman cynthialawson@bbllawgroup.com,
               ecfcourtnotices@gmail.com
              John P. Newton, Jr.    tn27@ecfcbis.com
              John P. Newton, Jr.    on behalf of Trustee John P. Newton, Jr. mayerandnewton@mayerandnewton.com
              United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                           TOTAL: 5
```



**SO ORDERED.**
**SIGNED this 31st day of January, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

_____

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN COTTON EASTMAN and | ) | Case No. 3:17-bk-31021-SHB |
| VELA ELIZABETH EASTMAN, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

_____

### ORDER
_____

Upon the request of the Trustee for additional time to amend Applications to employ and for cause shown, the Court is agreeable and shall extend the time up to and through February 2, 2018.

### ###

**APPROVED FOR ENTRY:**

/s/ *John P. Newton* (#010817)
Attorney for the Trustee
Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111