```
                         United States Bankruptcy Court
                          Eastern District of Tennessee
In re:                                                       Case No. 17-31021-SHB
John Cotton Eastman                                          Chapter 7
Vela Elizabeth Eastman
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0649-3          User: grantv              Page 1 of 1          Date Rcvd: Mar 09, 2018
                              Form ID: pdfbk            Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
sp             +Kevin Edwards,    Freese & Goss PLLC,    3500 Maple Ave #1100,    Dallas, TX 75219-3905
sp             +Matthew Daniel,    Ferrer, Poirot, Wansborough, Feller,    2603 Oak Lawn,    Suite 300,
                 Dallas, TX 75219-4064
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: madisonleighanna@aol.com Mar 09 2018 21:38:25      John Cotton Eastman,
                 P.O. Box 866,    Clinton, TN 37717-0866
jdb            +E-mail/PDF: madisonleighanna@aol.com Mar 09 2018 21:38:26      Vela Elizabeth Eastman,
                 P.O. Box 866,    Clinton, TN 37717-0866
smg             E-mail/Text: cio.bncmail@irs.gov Mar 09 2018 21:40:31      Internal Revenue Service,
                 P. O. Box  21126,    Philadelphia,, PA  19114
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 21:36:53
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4


               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
          Cynthia T Lawson    on behalf of Joint Debtor Vela Elizabeth Eastman cynthialawson@bbllawgroup.com,
           ecfcourtnotices@gmail.com
          Cynthia T Lawson    on behalf of Debtor John Cotton Eastman cynthialawson@bbllawgroup.com,
           ecfcourtnotices@gmail.com
          John P. Newton, Jr.   on behalf of Trustee John P. Newton, Jr. mayerandnewton@mayerandnewton.com
          John P. Newton, Jr.    tn27@ecfcbis.com
          United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                              TOTAL: 5
```



**SO ORDERED.**
**SIGNED this 8th day of March, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

_____

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN C. EASTMAN and | ) | CASE NO. 17-31021-SHB |
| VELA E. EASTMAN | ) | |
| | ) | **Chapter 7** |
| Debtors. | ) | |

_____

**ORDER AUTHORIZING THE TRUSTEE TO EMPLOY SPECIAL COUNSEL**
**(EDWARDS) NUNC PRO TUNC TO THE PETITION DATE**
**PURSUANT TO E.D. TENN. LBR 2014-1**

_____

It appearing that the foregoing Amended Application of the Trustee to Employ Special Counsel, Kevin Edwards and Freese & Goss PLLC, to provide assistance to the Trustee in a product liability claim is in the best interest of the Estate and no objections having been filed, it is

ORDERED that the Trustee herein, is authorized to employ Kevin Edwards and Freese & Goss PLLC to act as special counsel for the Trustee and the estate, *nunc pro tunc* to the bankruptcy petition date pursuant to E.D. Tenn. LBR 2014-1, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore.

###

APPROVED FOR ENTRY:

*/s/ John P. Newton, Jr.*
John P. Newton, Jr., Trustee
1111 Northshore Dr., Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111