# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-BK-31021 SHB  
**Case Name:** EASTMAN, JOHN COTTON  
EASTMAN, VELA ELIZABETH  
**Period Ending:** 03/31/18  

**Trustee:** (620320)    JOHN P. NEWTON, TRUSTEE  
**Filed (f) or Converted (c):** 03/31/17 (f)  
**§341(a) Meeting Date:** 05/16/17  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Oak Grove Cemetary, Rocky Top, TN, Anderson Coun<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Regions<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Other financial account: Bluebird<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | LR Furn, DR Furn, Washer/Dryer, Microwave, Vacuu<br>Imported from original petition Doc# 1 | 160.00 | 0.00 | | 0.00 | FA |
| 6 | Cell Phone, Stereo, Video Systems and Games, TV<br>Imported from original petition Doc# 1 | 230.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 8 | 2 Rings<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 9 | Electric Bass<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Husband joined class action suit for an IVC filt<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | 25,000.00 |
| 11 | Insurance License (no cash value)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-BK-31021 SHB  
**Case Name:** EASTMAN, JOHN COTTON  
EASTMAN, VELA ELIZABETH  
**Period Ending:** 03/31/18

**Trustee:** (620320)    JOHN P. NEWTON, TRUSTEE  
**Filed (f) or Converted (c):** 03/31/17 (f)  
**§341(a) Meeting Date:** 05/16/17  
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 1994 Ford Ranger, 198,500 miles, Tag #Z41-56D. E Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2005 Buick Terraza, 200000 miles, Tag #3C5-OWS. Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | The values listed with regard to all items in Sc Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$3,530.00** | **$0.00** | | **$0.00** | **$25,000.00** |

**Major Activities Affecting Case Closing:**

03/12/18 - waiting on resolution of PI case.  
Looking at products liability claim.

Contact Attorney Julie Rhoades at Matthews & Associates for updates: (713) 535-7780 (direct); jrhoades@thematthewslawfirm.com; assistant is Liza Roys @ lroys@thematthewslawfirm.com

**Initial Projected Date Of Final Report (TFR):** June 30, 2019    **Current Projected Date Of Final Report (TFR):** June 30, 2019