Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-BK-31021 SHB  
**Case Name:** EASTMAN, JOHN COTTON  
EASTMAN, VELA ELIZABETH  
**Period Ending:** 03/31/19

**Trustee:** (620320)   JOHN P. NEWTON, TRUSTEE  
**Filed (f) or Converted (c):** 03/31/17 (f)  
**§341(a) Meeting Date:** 05/16/17  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Oak Grove Cemetary, Rocky Top, TN, Anderson Coun<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 2   Cash<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3   Checking: Regions<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4   Other financial account: Bluebird<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5   LR Furn, DR Furn, Washer/Dryer, Microwave, Vacuu<br>Imported from original petition Doc# 1 | 160.00 | 0.00 | | 0.00 | FA |
| 6   Cell Phone, Stereo, Video Systems and Games, TV<br>Imported from original petition Doc# 1 | 230.00 | 0.00 | | 0.00 | FA |
| 7   Clothing<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 8   2 Rings<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 9   Electric Bass<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 10  Husband joined class action suit for an IVC filt<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | 25,000.00 |
| 11  Insurance License (no cash value)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 3:17-BK-31021 SHB  
**Case Name:** EASTMAN, JOHN COTTON  
EASTMAN, VELA ELIZABETH  
**Period Ending:** 03/31/19

**Trustee:** (620320) JOHN P. NEWTON, TRUSTEE  
**Filed (f) or Converted (c):** 03/31/17 (f)  
**§341(a) Meeting Date:** 05/16/17  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12 | 1994 Ford Ranger, 198,500 miles, Tag #Z41-56D. E<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2005 Buick Terraza, 200000 miles, Tag #3C5-OWS.<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | The values listed with regard to all items in Sc<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 Assets | **Totals** (Excluding unknown values) | **$3,530.00** | **$0.00** | | **$0.00** | **$25,000.00** |

**Major Activities Affecting Case Closing:**

06/20/18 - corresponded w/ Rhoades. Case is in discovery phase but wasn't selected for initial trial. May know more after first wave of trials scheduled for 3/2019. Check back in late spring 2019. TRS.

03/12/18 - waiting on resolution of PI case.

Looking at products liability claim.

Contact Attorney Julie Rhoades at Matthews & Associates for updates: (713) 535-7780 (direct); jrhoades@thematthewslawfirm.com; assistant is Liza Roys @ lroys@thematthewslawfirm.com

**Initial Projected Date Of Final Report (TFR):** December 31, 2019       **Current Projected Date Of Final Report (TFR):** December 31, 2019

Printed: 04/23/2019 10:38 AM       V.14.50